Label Matrix for local noticing
0649-1
Case 1:11-bk-15066
Eastern District of Tennessee
Chattanooga
Thu Jan 19 17:36:53 EST 2012

United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-4205

Ally Financial
Attn: Bankruptcy Department
P.O. Box 380901
Bloomington, MN 55438-0901

Ally Financial
P O Box 130424
Roseville, MN 55113-0004

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

Capital One Bank
c/o Frederick Hanna and Associates
1427 Roswell Road
Marietta, GA 30062-3668

Capital One Bank (USA), N.A.
P.O. Box 30281
Salt Lake City, UT 84130-0281

Catoosa County Trustee's Office
798 LaFayette Street
Ringgold, GA 30736-2319

Citimortgage
Attn: Bankruptcy Department
P.O. Box 9438
Gaithersburg, MD 20898-9438

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
1800 CENTURY BLVD NE
SUITE 17200
ATLANTA GA 30345-3206

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-4205

April Perry Randle
Law Office of April Perry Randle
P.O. Box 3056
Cleveland, TN 37320-3056

C. Kenneth Still
P. O. Box 511
Chattanooga, TN 37401-0511

Ronald Howard Berryman Jr.
55 Hargrave Road
Rossville, GA 30741-7715

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
Attn: Bankruptcy Department
P.O. Box 15316
Wilmington, DE 19850

Georgia Department of Revenue
P.O. Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Financial Inc.

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16