IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:      RONALD HOWARD BERRYMAN, JR.,      Case No. 11-15066-SDR
Debtor      Chapter 13

### RESPONSE TO OBJECTION TO CLAIM 4 OF CITIMORTGAGE

Comes now CitiMortgage, Inc. ASF Flagstar Bank, (hereinafter "Citi") and responds to the Objection to Claim 4 of CitiMortgage, filed by the Debtor, Ronald Howard Berryman, Jr. In support of its Response, Citi would state the following:

1. Citi agrees with the averment in paragraph 1 of Debtor's Objection. Citi has subsequently amended its claim to include the appropriate property description which is included on the Schedule A.

2. Citi agrees with the averments in paragraph 2 of Debtor's Objection.

3. Citi agrees that the confirmed Chapter 13 plan treats Citi and its claim as a general unsecured creditor. However, this is based on the allegation that the security deed is unperfected. The amended proof of claim shows that Citi's claim is properly perfected and Debtor would be required to file an adversarial proceeding or file some further action in order to strip Citi's lien from the property.

4. Citi agrees with the averments in paragraph 4 of Debtor's Objection. Citi is a secured creditor whose claim is secured only be an interest in real property that is the Debtor's principal residence. Citi has made advances for property taxes and hazard insurance premiums, and it is entitled to reimbursement for those expenses from the Debtor under the deed of trust and note. Debtor must continue to list Citi as a loss payment on the hazard insurance policy under the deed of trust and note.

1

WHEREFORE, Citi requests that this Honorable Court deny the Debtor's requested relief in his Objection and that Citi's claim be allowed as secured.

Respectfully Submitted,

/s/ Kimberly C. Hedrick
John R. Roan (026553)
Kimberly C. Hedrick (026248)
WILSON & ASSOCIATES, P.L.L.C.
9050 Executive Park Drive, Suite 115-C
Knoxville, Tennessee 37923
(865) 558-5688

Attorneys for CitiMortgage, Inc. ASF Flagstar Bank

## CERTIFICATE OF SERVICE

On October 3, 2012, copies of the foregoing Response to Objection to Claim 4 of CitiMortgage were served electronically through the electronic case filing system (ECF) or by U.S. Mail, postage prepaid upon:

April Perry Randle (ECF)
Attorney at Law
P.O. Box 3056
Cleveland, TN 37320

C. Kenneth Still (ECF)
Trustee
P.O. Box 511
Chattanooga, TN 37401

Ronald Howard Berryman, Jr. (U.S. Mail)
55 Hargrave Road
Rossville, GA 30741

/s/ Kimberly C. Hedrick
John R. Roan
Kimberly C. Hedrick

W&A No. 817-220992 / Loan No. xxxxx5981