**The objection is denied as withdrawn without prejudice to the debtor's right to file a complaint seeking to avoid the creditor's security interest.**

**DENIED AS WITHDRAWN.**
**SIGNED this 4th day of October, 2012**

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**

**In re:**                                            Case No. 11-15066

**RONALD HOWARD BERRYMAN**            Chapter 13

**ORDER**

This case is before the court on an objection filed by Debtor to the claim of CitiMortgage, which has been assigned claim number 4. Because it appears that the objector is entitled to the relief sought, it is hereby

ORDERED that the objection is sustained. More specifically, it is ordered that the claim of CitiMortgage, Claim 4, is hereby reclassified as a general unsecured creditor and any amounts attributable to escrow payments or an escrow shortage are disallowed. Upon completion of the Debtor's plan, Creditor's lien shall be released.

# # #

APPROVED FOR ENTRY BY:

LAW OFFICE OF APRIL PERRY RANDLE

BY:/s/ April Perry Randle
April Perry Randle. BPR 022231
P.O. Box 3056
Cleveland, TN  37320-3056
(423) 473-6717/(423) 473-6718
april@aprilrandlelaw.com

